No. 247, Misc. WILLIAMS v. ILLINOIS. Criminal Court of Cook County, Illinois, and/or Supreme Court of Illinois. Certiorari denied. *George M. Johnson, Frank D. Reeves* and *Charles W. Quick* for petitioner. *Ivan A. Elliott*, Attorney General of Illinois, *William C. Wines*, Assistant Attorney General, and *John S. Boyle* for respondent.

No. 285, Misc. MILLER ET AL. v. NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 294, Misc. TYSON v. SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 231. DESPER, ADMINISTRATRIX, v. STARVED ROCK FERRY Co., *ante*, p. 187;

No. 417. ANCICH ET AL. v. BORCICH ET AL., *ante*, p. 905;

No. 423. HERWIG v. CRENSHAW, COLLECTOR OF INTERNAL REVENUE, ET AL., *ante*, p. 905;

No. 445. UNION PACKING Co. v. CARIBOO LAND & CATTLE Co., LTD., *ante*, p. 909; and

No. 460. ILLINOIS CENTRAL RAILROAD Co. v. GARNER, COUNTY TRUSTEE OF SHELBY COUNTY, ET AL., *ante*, p. 900. Petitions for rehearing denied.

No. 420. H. J. HEINZ Co. v. OWENS, *ante*, p. 905. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 249, Misc. MARSH v. MICHIGAN, *ante*, p. 911. Rehearing denied.